UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JACQUELINE OSBORNE,

Plaintiff,

Case No. 3:26-cv-264

vs.

NAPHCARE, INC.,

Defendant.

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) GRANTING DEFENDANT'S UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE (Doc. No. 6); (2) DISMISSING THE CASE WITHOUT PREJUDICE; AND (3) TERMINATING THIS CASE ON THE DOCKET**

---

This Title VII employment discrimination case is before the Court on Defendant's Fed. R. Civ. P. 12(b)(6) motion to dismiss. Doc. No. 6. Plaintiff responded to the motion and agreed with Defendant that the case should be dismissed given Plaintiff's failure to obtain a Notice of Right to Sue from the Equal Employment Opportunity Commission ("EEOC"). Doc. No. 7 at PageID 61.

Given that the motion to dismiss is unopposed, for good cause shown, and because Title VII requires a plaintiff to exhaust her administrative remedies by first filing a charge with the EEOC and obtaining a right to sue letter, *Peeples v. City of Detroit*, 891 F.3d 622, 630 (6th Cir. 2024), the Court **GRANTS** dismissal of this case without prejudice. In accordance with Fed. R. Civ. P. 41(a)(2), this case is **DISMISSED WITHOUT PREJUDICE** and **TERMINATED** on the docket.

**IT IS SO ORDERED.**

November 3, 2026

/s *Michael J. Newman*
Hon. Michael J. Newman
United States District Judge